**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 16, 2011**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 12-182 (RWR) |
| | : | |
| | : | VIOLATIONS: |
| v. | : | |
| | : | 18 U.S.C. § 924(b) |
| | : | (Interstate Transportation of a Firearm |
| | : | and Ammunition) |
| | : | |
| **FLOYD LEE CORKINS, II** | : | 22 D.C. Code §§ 401, 4502 |
| | : | (Assault with Intent to Kill while Armed) |
| Defendant. | : | |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence) |
| | : | |
| | : | 22 D.C. Code §§ 3152, 3153, 4502 |
| | : | (Act of Terrorism while Armed) |
| | : | |
| | : | 22 D.C. Code §§ 1803, 4502 |
| | : | (Attempted Murder while Armed) |
| | : | |
| | : | 22 D.C. Code §§ 404.01, 4502 |
| | : | (Aggravated Assault while Armed) |
| | : | |
| | : | 22 D.C. Code §§ 801(b), 4502 |
| | : | (Second Degree Burglary while Armed) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**
**(Interstate Transportation of a Firearm and Ammunition)**

On or about August 15, 2012, in the District of Columbia and elsewhere, defendant FLOYD LEE CORKINS, II, did ship, transport, and receive a firearm and ammunition in interstate commerce from the Commonwealth of Virginia to the District of Columbia, with an intent to commit an offense

therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith, that is, murder, in violation of 22 D.C. Code Section 2101, and Assault with a Dangerous Weapon, in violation of 22 D.C. Code. Section 402.

(**Interstate Transportation of a Firearm and Ammunition,**
in violation of Title 18, U.S. Code, Section 924(b))

## COUNT TWO
**(Assault with Intent to Kill while Armed)**

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, while armed with a firearm, that is, a pistol, assaulted Leonardo Reno Johnson with intent to kill him and other employees of the Family Research Council.

(**Assault with Intent to Kill while Armed,** in violation of Title 22,
D.C. Code, Sections 401, 4502 (2001 ed.))

## COUNT THREE
**(Possession of a Firearm During the Commission
of a Crime of Violence)**

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, did possess a firearm while committing the crime of assault with intent to kill while armed, as set forth in Count Two of this Indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence,**
in violation of Title 22, D.C. Code, Section 4504(b) (2001 ed.))

## COUNT FOUR
### (Act of Terrorism while Armed)

On or about August 15, 2012, within the District of Columbia, FLOYD LEE CORKINS, II, while armed with a firearm, that is, a pistol, committed acts that constituted the offenses of assault with the intent to kill Leonardo Reno Johnson and attempted murder of other unnamed employees of the Family Research Council, with the intent to intimidate and coerce a significant portion of the civilian population of the District of Columbia and the United States.

((**Act of Terrorism while Armed**,  in violation of 22 D.C. Code,
Sections 3152, 3153 and 4502 (2001 ed.))

## COUNT FIVE
### (Attempted Murder while Armed)

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, while armed with a dangerous weapon, that is, a pistol, attempted to murder unnamed employees of the Family Research Council.

(**Attempted Murder while Armed,** in violation of Title 22, D.C. Code,
Sections 1803, 2101, and 4502 (2001 ed.))

## COUNT SIX
### (Possession of a Firearm During the Commission
### of a Crime of Violence)

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, did possess a firearm while committing the crime of attempted murder while armed, as set forth in Count Five of this Indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence,**
in violation of Title 22, D.C. Code, Section 4504(b) (2001 ed.))

## COUNT SEVEN
### (Aggravated Assault While Armed)

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, while armed with a firearm, that is, a pistol, knowingly and purposely caused serious bodily injury to Leonardo Reno Johnson, and under circumstances manifesting extreme indifference to human life, FLOYD LEE CORKINS, II, intentionally and knowingly engaged in conduct which created a grave risk of serious bodily injury to Leonardo Reno Johnson, and thereby caused serious bodily injury to Leonardo Reno Johnson.

(**Aggravated Assault while Armed,** in violation of Title 22, D.C. Code,
Sections 404.01, 4502 (2001 ed.))

## COUNT EIGHT
### (Possession of a Firearm During the Commission of a Crime of Violence)

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, did possess a firearm while committing the crime of aggravated assault while armed, as set forth in Count Seven of this Indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence**,
in violation of Title 22, D.C. Code, Section 4504(b) (2001 ed.))

## COUNT NINE
### (Second Degree Burglary while Armed)

On or about August 15, 2012, within the District of Columbia, Floyd Lee Corkins, II, while armed with a firearm, that is, a pistol, entered the building of the Family Research Council, with intent to commit assault and murder.

(**Second Degree Burglary While Armed**, in violation of 22 D.C. Code,
Section 801(b), 4502 (2001 ed.))

## COUNT TEN
### (Possession of a Firearm During the Commission of a Crime of Violence)

On or about August 15, 2012, within the District of Columbia, defendant FLOYD LEE CORKINS, II, did possess a firearm while committing the crime of second degree burglary while armed, as set forth in Count Nine of this Indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence**,
in violation of Title 22, D.C. Code, Section 4504(b) (2001 ed.))


                                              A TRUE BILL

                                              FOREPERSON

Attorney of the United States in
and for the District of Columbia